IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERMAN SANTINI,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   13-cv-6183 |
| | : | |
| **MIKE WENEROWICZ, et al.,** | : | |
| Respondents. | : | |

### O R D E R

AND NOW, this 29th day of June, 2018, upon careful and independent consideration of the motion for relief pursuant to Federal Rule of Civil Procedure 60(b)(6), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petitioner's motion for relief pursuant to Federal Rule of Civil Procedure 60(b)(6) is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Jeffrey L. Schmehl
_____
JEFFREY L. SCHMEHL,            J.